No. 92–5788. POWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5789. MARTIN *v.* KYNARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5790. NUNLEY *v.* CODY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–5791. OROSCO *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–5792. COLLINS *v.* NORDSTROM, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5793. LaFOUNTAIN *v.* BLANCHARD, GOVERNOR OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 92–5794. COTTAM *v.* LUZERNE COUNTY CHILDREN AND YOUTH SERVICES. Sup. Ct. Pa. Certiorari denied.

No. 92–5795. ANTONELLI *v.* TRUE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–5797. COUSINO *v.* ELLIOTT ET AL. Ct. App. Mich. Certiorari denied.

No. 92–5798. AZIZ *v.* ST. LOUIS COUNTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–5801. FIELDS *v.* COX ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5802. KOLOCOTRONIS *v.* HOLCOMB, SUPERINTENDENT, FULTON STATE HOSPITAL. C. A. 8th Cir. Certiorari denied.

No. 92–5803. ESPARZA *v.* TOWN OF FLOWOOD, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 92–5810. VAN DER JAGT *v.* SIB INTERNATIONAL BANCORP INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5812. NAUCKE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.